IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHARLES MAY,                      )
                                  )
    Plaintiff,                    )
                                  )    CIVIL ACTION NO.
    v.                            )      2:19cv173-MHT
                                  )           (WO)
CITY OF UNION SPRINGS,            )
                                  )
    Defendant.                    )
```

**JUDGMENT**

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant City of Union Springs' motion for summary judgment (Doc. 18) is granted.

(2) Judgment is entered in favor of defendant City of Union Springs and against plaintiff Charles May, with plaintiff Charles May taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Charles May, for which execution may issue.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of April, 2021.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE